**Order entered August 26, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01113-CV

## IN THE INTEREST OF B.A.E, Z.R.E AND A.C.E, Children

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-50454-2010**

## ORDER

We **GRANT** Lisa Edwards's August 22, 2013 motion and the time for filing her motion

for rehearing is extended to September 10, 2013.

/s/ MOLLY FRANCIS
   JUSTICE